[No. 19246-6-III.   Division Three.   January 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY SINGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 99-1-00042-1, Larry M. Kristianson, J., entered March 28, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 18845-1-III.   Division Three.   January 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLUN L. McGUFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 99-8-00118-9, Scott Sparks, J. Pro Tem., entered October 22, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney, J.; Brown, J., dissenting.

[No. 19256-3-III.   Division Three.   January 25, 2001.]

JAMES SILLIMAN, ET AL., *Appellants*, v. ARGUS SERVICES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-01724-9, Salvatore F. Cozza, J., entered March 31, 2000. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ. Now published at 105 Wn. App. 232.

[No. 24472-1-II.   Division Two.   January 26, 2001.]

JAMES MICHALSKI, *Appellant*, v. FARMERS INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-13869-5, Frederick B. Hayes, J., entered February 18, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan, J., and Wang, J. Pro Tem.